JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIDNEY RAYNARD CARTER, | No. CV 20-10025-JAK (PLA) |
| Plaintiff(s), | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| J. LIANG, et al., | |
| Defendant(s). | |

As the Court has been notified that plaintiff is deceased (ECF No. 13), and as no successor or representative of plaintiff has moved for substitution within 90 days of service of the March 11, 2021, Statement Noting Death (ECF No. 15), IT IS HEREBY ORDERED that this action is **dismissed without prejudice**. See Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

DATED: June 11, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE